IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00018-FDW
(3:12-cr-00188-FDW-21)

| | | |
|---|---|---|
| FRANKLIN ROBBS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on Petitioner's pro se motion to dismiss his motion to vacate, set aside or correct sentence which he filed pursuant to 28 U.S.C. § 2255. The Government has not filed an opposition to the motion to dismiss and the Court finds that it should be granted.

**IT IS, THEREFORE, ORDERED** that Petitioner's motion to dismiss his § 2255 motion is **GRANTED**. (Doc. No. 6).

**IT IS FURTHER ORDERED** that Petitioner's motion for consolidation of sentences and interstate compact transfer of custody is **DISMISSED as moot**. (Doc. No. 2).

The Clerk is directed to close this civil case.

**IT IS SO ORDERED**.

Signed: May 13, 2015

Frank D. Whitney
Chief United States District Judge